**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
NORTHERN DIVISION**

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION ) <br> 1200 K Street, N.W. ) <br> Washington, D.C. 20005-4026, ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ACE REMAS, LLC, as Administrator of the ) <br> William A. Remas Defined Benefit Pension Plan ) <br> 4790 Caughlin Parkway, #806 ) <br> Reno, Nevada 89519, ) <br>    Defendant. ) | Case No. 3:16-CV-00110-LRH(WGC) <br><br> JUDGMENT BY DEFAULT |

1

The court has reviewed the Pension Benefit Guaranty Corporation's Motion for Judgment by Default against Ace Reams, LLC ("Ace"), the Memorandum of Law and Declaration in support thereof, and the court having entered an Entry of Default with respect to Ace, and good cause having been shown therefor, it is, by the Court.

ORDERED:  that a judgment by default is entered in favor of the Pension Benefit Guaranty Corporation under Fed. R. Civ. P. 55(b)(2); and it is

FURTHER ORDERED:  that the William A. Remas Defined Benefit Pension Plan (the "Pension Plan") is terminated under 29 U.S.C. § 1342(c); and it is

FURTHER ORDERED:  that the Pension Benefit Guaranty Corporation is appointed as statutory trustee of the Pension Plan under 29 U.S.C. § 1342(c); and it is

FURTHER ORDERED:  that February 29, 2016, is established as the termination date of the Pension Plan under 29 U.S.C. § 1348(a)(4); and it is

FURTHER ORDERED:  that Ace and all other persons or entities having possession, custody, or control of any records, assets, or other property of the Pension Plan shall transfer, convey, and deliver all such records, assets, and property to the Pension Benefit Guaranty Corporation.

DATED: July 7, 2016                             BY:_____
                                                                    LARRY R. HICKS
                                                                    United States District Judge